```
1   RONALD L. BROWNSON
    Attorney at Law    BAR #60688
2   409-B No. Central Avenue
    Upland, CA    91786-4219
3   O: (909) 946-7244

4

5   Attorney for Debtor Maria O. Lopez

6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10
```

| In Re | Case No. 2:10-bk-54893-EC |
|---|---|
| MARIA O. LOPEZ | Chapter 13 |
| Debtor | MOTION TO SUSPEND PAYMENTS ON JUNIOR DEED OF TRUST PENDING OUTCOME OF ADVERSARY PROCEEDING TO INVALIDATE THE SECOND TRUST DEED LIENHOLDER CHASE HOME FINANCE |
| | DATE: December 7, 2010<br>TIME: 3:00 p.m.<br>COURTROOM: 1639<br>255 East Temple Street<br>Los Angeles |

TO THE HONORABLE ELLEN CARROLL, United States Bankruptcy Judge:

The within debtor respectfully represents:

1. The case commenced on October 19, 2010.

2. Among the assets of the estate is the debtor's personal residence located at 1571 Ganesha Place, Pomona, California 91768 (the "Property"). The Property is encumbered by, among other liens, a second deed of trust in favor of Chase Home Finance,

1

1  hereinafter "Respondent."  On November 4, 2010, debtor commenced an
2  adversary proceeding (the "Adversary Proeeding"), a true and correct
3  copy of which is attached hereto as Exhibit "1," against Respondent
4  for the purpose of avoiding the junior lien in favor of Respondent on
5  the grounds that such lien is wholly unsecured.
6          3.   Based upon the allegations and supporting exhibits
7  contained in debtor's complaint in the Adversary Proceeding, the
8  debtor seeks an order of this Court *ab initio* the requirement that
9  the debtor maintain current payments on the nominally "secured"
10 second lien debt in favor of Respondent pending a final resolution of
11 the Adversary Proceeding.
12         4.   Debtor is a single parent raising two minor children.
13 Debtor's two adult children reside with Debtor and contribute to the
14 household expenses. Attached to this Motion is Debtor's Declaration
15 and the Declaration(s) of Contribution Income by Debtor's two adult
16 children.
17         **WHEREFORE**, the debtor respectfully requests that this Court
18 enter an order declaring that any and all monthly payments and/or
19 adequate protection payments that might be due from the debtor to
20 Chase Home Finance on the challenged junior lien be suspended *ab*
21 *initio* until such time as the Adversary Proceeding has been
22 concluded.

25 Dated: November 16, 2010

_____
RONALD L. BROWNSON
Attorney for Debtor
Maria O. Lopez

MOTION TO SUSPEND PAYMENTS ON JUNIOR DEED OF TRUST PENDING OUTCOME OF ADVERSARY
PROCEEDING TO INVALIDATE THE SECOND TRUST DEED LIENHOLDER CHASE HOME FINANCE
Bk of LOPEZ - Case No: 2:10-bk-54893-EC

| In re:         |              | CHAPTER: 13 |
|----------------|--------------|-------------|
| Maria O Lopez  |              | CASE NUMBER: 2:10-bk-54893-EC |
|                | Debtor(s).   |             |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

409-B North Central Avenue, Upland, CA  91786

A true and correct copy of the foregoing document described as __NOTICE OF HEARING ON MOTION AND MOTION TO SUSPEND PAYMENTS ON JUNIOR DEED OF TRUST PENDING OUTCOME OF ADVERSARY PROCEEDING TO INVALIDATE THE SECOND TRUST DEED LIENHOLDER CHASE HOME FINANCE__  will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __11/16/2010__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Ronald L. Brownson                brownsonlaw@brownsonlaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __11/16/2010__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __11/16/2010__, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

HONORABLE ELLEN CARROLL, UNITED STATES BANKRUPTCY JUDGE

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 16, 2010 | ANNA M. BROWNSON, CLA, CCLS | _[signature]_ |
|-------------------|------------------------------|---------------|
| Date              | Type Name                    | Signature     |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

9013-3.1.PROOF.SERVICE
Best Case Bankruptcy

| In re:              |            | CHAPTER 13                    |
|---------------------|------------|-------------------------------|
| Maria O Lopez       | Debtor(s). | CASE NUMBER 2:10-bk-54893     |

Debtor:

Maria O. Lopez
1571 Ganesha Place
Pomona, CA 91768

Chapter 13 Trustee

Kathy A. Dockery
Chapter 13 Trustee
700 S. Flower Street, Ste 1950
Los Angeles, CA 90017


First Trust Deed Holder

Aurora Loan Services
P O Box 1706
Scottsbluff, NE 69363-1706

Junior Trust Deed Holder:


Glenn J. Mouridy                        CERTIFIED MAIL: RETURN RECEIPT REQUESTED
President & CEO                         7010-0290-0001-3744-8581
Chase Home Finance
343 Thornall Street, Ste 7
Edison, NJ 08837


Chase Home Finance                      CERTIFIED MAIL: RETURN RECEIPT REQUESTED
% CT Corporation                        7010-0290-0001-3744-8574
818 West 7th Street
Los Angeles, CA 90017

Chase Home Finance                      CERTIFIED MAIL: RETURN RECEIPT REQUESTED
% CT Corporation System (C0168406)      7010-0290-0001-3744-8598
194 Wood Avenue S
Iselin, NJ 08830

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          F 9013-3.1

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy